**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY-2-5-2018

JEFFREY P. COLWELL
CLERK

Curry; Steven Duane ©

OCDC C-3/109 #38970

1758 MLK Drive

Alamogordo, N.M. 88310

Date: 21 May, 2018

To: Marcia S. Krieger; Chief Justice

c/o Clerk of Court

U.S. Federal 10th Circuit District Court

Alfred A. Arraj Bldg.

U.S. Court House; A-941 / CT Rm. A-901

Denver, Colorado 80294-3589

RE: State v. Curry; #D-1215-17-CR-000473 (TBD);

D-1215-17-ER-00004 (TBD);

Curry v. STATE OF NEW MEXICO;

Fed Case No. # 2:17-CV-01079 RB-GLF

SUBJECT: ① Affidavit / Notice; Petition of Appeal &
Motion to Quash, Suppress, Strike, Anul & Void
ALL Decisions, Rulings, Orders generated by the
New Mexico Twelfth Judicial District Corporation,
AND/OR US FEDERAL DISTRICT COURT OF NEW MEXICO;
Pursuant the following Amendments to the Record
of the above cases; ② And Petition [Motion] to open
up NEW Case with the 10th Circuit; STEVEN DUANE
CURRY (PLAINTIFF) V. TWELFTH JUDICIAL DISTRICT
CORPORATION, INC. OF NEW MEXICO; (DEFENDANT);

*(left margin, vertical text)* NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT; SEE F.R.C.P. Rule 10 Allowances for Style, Length & Structure

FILED
UNITED STATES DISTRICT COURT

MAY 25 20[ ]

JEFFREY P. COLWELL
CLERK

Greetings, Chief Justice Krieger;

Comes now the Accused acting under the office
& Capacity of a Pro-Se Litigiant, proceeding
in forma pauperis, as the Accused has been Imprisoned
in Otero County Detention Center, in Alamogordo,
New Mexico, without the benefit of Due Process, ie;
proper & Lawful Arraignment for 240(+) Days, and
without a "Speedy Trial" within 180 Days; As
Pursuant to & in Breach of; Art III, Sect. #2,
Amendment's I, IV, V, VI, VII, VIII, & IX; of the
US Constitution; and Art. II, Sect #13 of the
New Mexico State Constitution;

Please Let the above Courts of Record be
Amended to reflect the following "Statements
of Facts," as these statements have never
been argued, protested, or rebutted, and that;
"Any unrebutted Affidavit becomes the Truth
in Commerce, and a Judgment in Commerce."
— Maxim of Law.

1. On 22 Sept., 2017, the Accused; a Federally-Registered
Witness, and Whistleblower under "18 USC, Sect.# 3771,
was criminally trespassed against, assaulted &
battered, falsely arrested, Kidnapped, and
falsely imprisoned by David J. Hunter, acting

well outside of his alleged Judicial authority as
a District Attorney, and acting merely under the
shadow and color of State law;

2. And that; David J. Hunter has been arrested
with high crimes & misdemeanors pending from
Federal Authorities; And that; David J. Hunter
has been **TERMINATED** from his office & position
as a District Attorney, as of April 10th, 2018;

3. And that; David Hunter was the ONLY Witness to
testify against the Accused before an Ad Hoc, Ex Post
Facto Grand Jury convened & assembled on 3 Oct. 2017
by Hunter's Corporate partner & friend, RoxeannaB
Esquibel, Esq., who was selected by D.A. John P. Sugg
to prosecute the Accused with Hunter's false &
fabricated & perjured oral & written testimony,
— And where; Stapled to David Hunter's edited &
altered Incident Report(s) & Criminal Complaints, was
a "Rap sheet," alleging the Accused had, in addition to
assaulting two government "Peace Officers & relieving
them of their weapons," raped & murdered a 2 yr.
old girl; murdered another individual, committed
a DUI; authored "Hate Speech," and several
previous Weapons charges;
— Wherein; This "Rap Sheet," with no actual
charges being levied against the Accused, was

The Position in light of the Reporting an obligation & duty of Exposing of Crime, is Not a Criminal Act; but as exposing Crime visible, & becomes

makes all things visible! EPHESIANS

used by Hunter & Esquibel to prejudice, bias, taint & Poison the Grand Juror's into believing the Accused was of the same ilk as Jeffrey Dammer, Charles Mansen, or a Ted Bundy; and all to elicit a "True Bill of Indictment" against the Accused; and all to conceal & suppress Hunter's criminal trespasses & transgressions against the Accused;

4. And that; David J. Hunter, & Deputy Sheriff David Sanchez, who assisted him, arrived on the Accused's private property without provocation, without probable cause, without a valid, wet-ink signed or Clerk-stamped Arrest Warrant; without Government ID's, Badges, Bonds, or Insurance, or any of the required elements of a proper & lawful IV Amendment seizure or arrest;

5. And where; David Hunter had earlier conspired & colluded with Coldwell Banker Real Estate Agent, James Walsh, to deprive, deny, and obstruct the Accused's free trade in commerce and his authorized issuance of Veteran's Selective Service Checks, with the intent of purchasing real property near Cloudcroft, N.M. for the purposes of providing a new VFW

Be denied, suppressed, vacated, and the unwarranted Affidavit has the

Remedy, vacate his own ruling, they created party may

of Truth, and the Power of Judgement in Commerce;

unwarranted Affidavit in Commerce;

Guaranteed, should Commanded Relief & Remedy

of subvert fact, and injured party with an Affidavit

empower it with the Power of Truth in Commerce;

Lodge, and a Veteran's Vocational Training
Center for Local Veterans;

6. And Whereas; DA Esquibel's failure to Arraign
the Accused within the Required 72 Hours from
the time of his detainment at 1800 hours on the
22nd of Sept. 2017, was compounded by the
errors of the court in scheduling the Accused's
arraignment in two district courts on Oct. 3, 2017,
with the Grand Jury hearing scheduled in
between the first arraignment before Mr.
Blankinship @ 0830, and before Mr. Counts
@ 1300 Hours;

7. And Whereupon; the Accused challenged
Mr. Blankinship's Legislative Authority to presume
Subject matter jurisdiction & judicial discretion
over the private matters of the Living, Mr. Blankin-
ship, without responding to the challenge, entered
a plea of "Not Guilty" on behalf of the Accused,
and in direct conflict & contradiction to the
I, IV, VI, VIII + XI Amendments; F.R.C.P. Rule 21(b),
Art. II, Sect. #2, US Const.; and Art. II, Sect. #13
of the New Mexico Constitution; and in direct
Contempt of the NM Supreme Court's Orders
over State v. Brown; Stack v. Gormley; and in
direct Contempt of the US Supreme Court's

Rulings & Orders over Hale v. Henkel (1906); Scott v. McNeal (1894); Marbury v. Madison (1803); Pennhallow v. Doanes (1881); Schwauer v. Brd of Medical Examiners; The Brady Act; and in complete Contempt of the Administrative Procedures Act of 1948, Sect. #12, which clearly stated, "No part of the Act shall be used to violate anyone's Constitutional Rights;"

8. And Where; Mr. Blankinship was prohibited by the A.B.A.'s Rules of Professional Conduct; Rules of Ethics; Corpus Juris Secundum, Rules #1-19, and F.R.C.P. Rule 21(b), from "practicing Law from the bench," and from impersonating the role of defense counsel, and in denying the Accused of his rights to defend himself as a Pro-Se Litigant;

9. And Where; the Accused was brought before Mr. Counts @ 1300, where Mr. Counts declared his Court to be Constitutional, yet when challenged to produce Legislative proof of his Court being Constitutional, Mr. Counts immediately rendered a "Letter of Commitment," a.k.a. "Medical Prescription" for a "Medical Procedure," a.k.a. "a Clinical Psychological Exam;" for the Accused; And in direct conflict & contradiction & Contempt of both the State

*(left margin, vertical):* are Null & Void ; under acts of force; immolate true willful Consent of all ; No judicial proceedings if staying ; No Due acquired under Duress of any without the Knowledgeable is rather implicit when Coercion; trickery, such Consent, Parties;" commerce Of" shall commence 28 USC 2636

+ US Constitutions; Art. III, Sect. #2 ; I, IV, V, VI, VII, VIII + XI Amendments; Art. II Sect #13 of the New Mexico State Constitution ; the NM Supreme Courts Rulings & Orders over STATE V. BROWN & STACK V. GORMLEY; AND ALL to strip & deny the Accused of his Rights to his "Presumption of Innocence," his Guaranteed "Presumption of Competency," his Guarantee that his case would be adjudged by "a Court of Competent Jurisdiction," as per Art. III, Sect. 2 ; — And that; Pursuant Art. I, Sect #13, NM Const, the Accused was to "retain his personal freedoms by which he could prepare his defense prior to incarceration, & prior to prosecution, trial, conviction, and/or sentencing;" [See State v. BROWN]

10. And Where; Mr. Counts was & is prohibited by the New Mexico Medical Board from issuing "Medical Orders & Prescriptions" for "Medical Procedures," when Mr. Counts is Not Licensed by the State of New Mexico as a Doctor of Medicine;

11. And Where; Mr. Counts, in direct contradiction, conflict, and contempt of the US Supreme Court Rulings & ORDERS over Halla v. Henkel (1906), which states, "the Accused may stand upon his Constitutional Rights ;... "which predate & are long antecedent

to the establishment of the State;"

— And the VII Amendment which clearly states; "Justice shall be Administered without SALE, DENIAL, DELAY, or OBstruction;"

— And that; the VIII clearly prohibits any "cruel or unusual punishment, or excessive fines, fees, or bonds imposed or inflicted" Particularly "prior to any prosecution, trial, conviction, or sentencing;".

— Mr. Counts imposed a "No Bond Hold" against the Accused in complete defiance of the above Canons & Rules-of-Law;

12. And where; On the evening of 22 Sept. 2017; the Accused was brought before Dr. James Wells, MD of Regions Champion Hospital; where, without performing any such exam, Dr. Wells issued a Registered Hospital "Script" with Region's Champion Hospital's letterhead that stated that "STEPHEN CURRY-Age 58- of Pennsylvania" was "FIT FOR INCARCERATION;"

— Wherein the Accused is "Steven Curry - Age 64 of Colorado, and he not the person named on Dr. Wells "Script"

— And that; Dr. Wells is NOT an officer of the State, an Officer of the Law, or an Officer of the Court; and he cannot deprive the Accused of his "freedoms, Liberties,

*(left margin, vertical text):* When we have Judges acting as Judges + executioners; and Doctors + attorney + assistant DA acting as Judges + executioners; and we have Anarchy; and Survive + Factual + Physical injury by Hypocracy; and the State will be damaging; when State Results from...

pursuits, or of his "presumption of innocence," as per Art. I Sec. #13;

— And Dr. Wells, M.D. is prohibited from practicing Law in the State, and he is prohibited by his Hypocratic Oath from "Doing Harm" upon the Accused;

— And that Dr. James Wells, M.D. ; Mr. Counts ; Mr. Blankinship, have been reported to the New Mexico State Medical Board, Governor Martinez, and the New Mexico Supreme Court, and to the U.S. Federal District Court in an Inter Alia 42 USC 1983 Action-at-Law, and a Federal Counter-Claim;

13. And Wherein; Mr. Robert C. Brack of the US Federal District Court of New Mexico in Las Cruces, N.M., "without cause or sustainable reason," dismissed the Accused's Claim with Prejudice, and in direct conflict, contradiction, and Contempt of the Supreme Laws of land the US Supreme Court, both US + State Const., and in Contempt of the New Mexico Supreme Court rulings + ORDERS over STATE V. BROWN + STATE V. GORMLEY;

14. And Where; Mr. Brack Ruled in his "Memorandum of Opinion" + "Final Judgment," that a "judgment will be entered in favor of the Defendant's on

all claims;" despite the Facts that Not a single "Defendant" bothered to respond, argue, protest, or rebut a single Affidavit, Petition, Notice or Writ (60+ Submissions) filed by the Accused/Plaintiff since 30 October, 2017;

— And wherein; All Law is Commercial, as in Law Merchant; and those who do not deny, Admit; and those that leave the battlefield, LOSE, and those that fail to appear are sanctioned by the process, and they, by way of silence & acquiescence, surrender their Honor, their defenses, and their immunities!

— And; Under the International Laws of Commerce, and the Uniform Commercial Codes, the "Defendants," having been given ample time to respond, argue, protest, or rebut the FACTS as Written, are in Commercial Default & Dishonor, and they shall Not be allowed to rise from the ashes;

15. And where; On 22 March, 2018, the "Speedy Trial Clock" of 180 Days Expired upon the Prosecutions failure to bring the Accused to trial;

— And that; the Accused issued a "Commercial Invoice" upon the CEO & CFO of the privately held Twelfth Judicial District Corporation, Inc, in the Amount of $844 Million US Dollars;

which is the sum total of $1086 per minute X's 3
for Tort, for each & every minute of the
Accused's false arrest, assault & battery,
kidnapping, and wrongful arrest, since 1800 Hours
on the 22 Sept., 2017;
— And that, the above amount, plus principal &
interest added daily, will be due & payable
upon the Accused's release, as pursuant
Art. II, Sect. #13 of the New Mexico Constitution.

16. And where, On 26 March, 2018, Mr. Blankin-
ship, at the request & urging of Ms. Esquibel,
issued a 2ND Court order, & "Medical Prescription,"
as in re-issuing Mr. Court's "Prescription" for a
"Medical Procedure," a.k.a "Clinical Psychological Competency
Exam;"
— When; the Judicial definition of the term
"Competency," is "the Accused's ability to assist
his attorney with the preparation & construction
of his defense;"
— Yet, how does this shallow & prejudicial
definition match the term used in Art. III, Sect. 2
of the US Constitution, as in the Accused's right
to have his case adjudged by a Court of competent
jurisdiction?"

17. And where; The term "Competent" as used in

Competent" = Cognizant = Ability = Capability = Proa Disposition = Training
Comprehension = Propensity = Responsibility = Accountability = Resolute/
Freedom = Intellectual Capacity to Cognize The DIFFERENCE BETWEEN
Right to Wrong, Good & Evil = ONE'S "PRESUMPTION OF COMPETENCY" is GUARANTEED!!

Art. III, Sect #2 infers that the Court, as in the Officers of the Court, Must have the ability, and the legislative Authority to "SEE," "HEAR," "SPEAK," + "WRITE" of the Accused private Living Matters as Jurists, Who Must be the "seekers of truth," and the "finders of fact;" as per BLACK'S LAW DICTIONARY 8th Edition;

— And where the term "Juris-Diction," also Known a "Judicial Discretion," is NOT Afforded Members of the B.A.R., aka. "BRITISH ACCREDITATION REGENCY," as "Judicial Discretion" + "Juris-Diction" are dirivied only from within the Four Corners of the Constitution;

— And that; Pursuant the US Judiciary's very own US Supreme Court's Rulings + ORDERS over Marbury v. Madison, the privately owned + operated 12th Judicial District Corporation, Inc. Cannot open or even Access either the State or US Constitutions, as these Constitutions represent the will of the American People + not the Will + Interests of the BRITISH CROWN TEMPLAR, THE BANK OF LONDON, or any "Foreign Government or power," the B.A.R. Re-presents;

— And wherein, The ENCYCLOPEDIA Britannica, Arts + Sciences DICTIONARY (1894), defines the term "LEGAL," as "THE UNDOING OF GOD'S LAWS;" meaning that the "LEGAL System" being owned + operated by privately held franchises of

the US Judiciary is in direct conflict, contradiction, and contempt of the Spirit & Intent of God's Laws that both State & US Constitutions were constructed & framed with;

the US Judiciary is in direct conflict, contradiction, and contempt of the Spirit & Intent of God's Laws that both State & US Constitutions were constructed & framed with;

— And that, with the US Supreme Court having RULED & ORDERED that both the State & US Constitutions are "LIVING Documents," the "Legal System" is, then, Foreign to these "Living Documents," Foreign to the Living Affiant, and Foreign to "LIFE", itself, as proffered in the XI Amendment, which clearly & artfully states;

"The Power of the US Judiciary SHALL NOT extend to the commencement of any action against one of the uNited States in any court of law, or equity, by any Citizen, or subject of a Foreign government or power;" [See Also Scott v. McNeal (1894)].

18; And that, The Accused has been the subject of three (3) "Medical Procedures," as in three "Competency Exams" conducted ① On 5 Oct., 2017, by Dr. Dale Dietz, via video where Dr. Dietz found the Accused "exceedingly competent;" ② Dr. Gina Gagen, a colleague & co-worker of Johnna Arredondo, the sister of the Prosecuting DA, Roseanna B. Esquibel, Esq., performed an Ad Hoc Impromptu' Exam of the Accused just minutes before his last Competency & 'Conditions of

*[left margin, vertical]:* Dr. Gina Gagen, a Mental health therapist, conducted an impromptu Ad Hoc "Clinical Psychological exam" on the Accused just Prior to his last Release Hearing; her diagnosis would be found to be incompetant; based on his Delusional illnesses; Given the Courts' clear emphasis memorializing the Accused's below System is that the System rather than the Accused include the [torn LEGAL]

Release Hearing on 26 March, 2017 before Mr.
Blankinship;

— Wherein; Dr. Gina Gagen penned & authored
a Letter to Ms. Arredando, who sat waiting
in the Court Gallery. Ms. Arredando distributed
copies of Gagen's Letter to Ms Esquibel, the
Clerk of Court, Mr. Blankinship; to Defense
Counsel Jason Montclaire, who failed to raise
a sustainable objection to the last Minute
submission; as Mr. Blankinship accepted
Gagen's Letter as an Exhibit, and ordered
the Accused's release suspended until
a "full Forensic Competency Exam" could be
conducted, as per Gagen's recommendation,
and Gagen's "Clinical opinion," that, "While
Mr. Curry would be found to be incompetent,
his incompetency would be based on his
belief system, rather than from Mental
illness." [See First Amendment Violation]);

— And that, ③ Such a "full Forensic Competency
exam" was conducted by Dr. Alexander Parvet
on 30 April, 2017, and this exam, though
completed 4 Days after Mr. Blankinship's
Court-ordered "Medical Procedure" EXPIRED,
the Exam, with results Notwithstanding, satisfied
the Court Order that a "Medical Procedure"
be performed;

— And that; Neither Mr. Counts or Mr. Blankinships

Court orders specified that any particular results be reported, ONLY that such a "Medical Procedure" had been conducted;

— And where; The Accused has since Petitioned this Court that the results, regardless of what they might be, are to be Stricken, Quashed, Annulled, Voided, and Invalidated, along with the District Attorney's entire criminal case being invalidated based on the above conflicts, contradictions, & the numerous † Critical procedural † clerical errors by one or more member-officers of the Twelfth Judicial District Corporation;

19. Wherein; All "Member-officers of the Twelfth Judicial District Corporation, including CEO Katina Watson, former Clerk of Court, and all those seated as Board of Directors, have been in Breach of their Contracts with the State, and in Breach of the Public Trust, as they are collectively † individually in conflict, contradiction, and in Contempt of both the State † US Supreme Courts, the State † US Constitutions, and the Supreme Laws of the Land, as Pursuant Art III, Sect. #1 & 2; Amendments I, II, IV, V, VI, VII, VIII, † XI; Art. II Sect. #13 of the New Mexico Const., and in Contempt of Court over the US † State Rulings † Orders over Hale v. Henkel; Marbury v. Madison; Scott v. McNeal; Renhallow v. Doones; the Brady

Act; STATE V. BROWN; STACK V BOYLE; Etc. Etc.;

And in Brief & in Summary; The Accused
wishes to thank Chief Justice Krieger for her
Honor, Character, Integrity & Courage, for
her standing tall with the Accused's good
friend, Rocky Hutson, against the extensive
over reach of the Federal government & their
Prosecutors, who sought the Maximum Sentence
against Rocky Hutson.

It is the Petition & Prayer of the Accused, that
Chief Justice Krieger will accept the Accused's Request
for a new Federal Case against the 12th Judicial Dist.,
alone, as the State, according to 42 usc 1983,
is Not a suable entity, and that the state was
not fairly or honestly represented by the 12th
Judicial as the "PLAINTIFF," where the State was Not
injured, and where STATE is a Corporate-Body-
Politic, and "one hand cannot be permitted to do
what is strictly prohibited by the other, less
the State Rules by its own Hypocracy," —
Socrates (Greek LAW);

— And that; The Chief Justice will address
the Twelfth Judicial District, and Mr. Braeck's
us Federal District Court, with strict sanctions,
penalties & punishments, for their having
violated the Accused for his standing upon
his Constitutional Rights as guaranteed him

under his unlimited Natural, Unalienable, Commercial
& Constitutional Rights;

— Wherein; Among these Rights, lies the
Accused's Guaranteed "Presumption of Innocence,"
and his "Presumption of Competency," and "his
rights to his Personal freedoms to prepare his
defense unhampered by an unlawful incarcera-
tion & imprisonment prior to any prosecution,
trial, conviction, or sentencing;

— And wherein; With these Criminal proceedings
having been INVALIDATED (See Heck v. Humphrey);
thus there can be NO further proceedings
toward prosecution, trial, conviction, or
sentencing, Less there be a deliberate &
intentional furtherance of "Manifest Injustice,"
and injury to the Accused & his family;

— And That; the Accused cannot be held
as a "Political Prisoner" of the State, as
the State's obligation & duty is to protect,
preserve, and safeguard the Accused's Life,
Properties, Freedoms & Pursuits; and the State's
Contractors are equally Liable for preserving
the Natural, Unalienable, Commercial &
Constitutional rights, as they are Commercially
responsible & Liable for having violated the
Accused for having converted his rights into
sanctionable & punishable Penalties; and
thus causing him & his family great insult,

*(left margin, vertical):* The Colorado Supreme Court ruled & ORDERED that "Constitutional Rights are Self-executing" for without the Legislature to make them Enforceable, (People, 1963); "This was Made Law, Signature;"

injury & damage that they will Never recover from;

And Where; The Accused would ask the Chief Justice to contact Jeff Sessions at the DoJ, and have him authorize a full & complete Forensic Investigation into Mr. Counts & his Twelfth Judicial District Corporation, as it appears this particular Judicial District is rife with Corruption & graft, given the extensive drug trafficking involving Public Defenders, the County Sheriff, and the constantly revolving doors of the OCDC, where drug manufacturers, dealers & distributors are privileged by Mr. Counts & prosecutors.

"WHAT'S GOOD FOR THE GOOSE IS ALSO GOOD FOR THE GANDER!" Bennet A. Morris - Montrose County Clerk

The Accused would also ask that the Chief Justice contact Nancy Rice, Chief Justice, Colo. Sup. Ct., and have Ms. Rice contact Attorney General, Cynthia Coffman, and have her dismiss, discharge, set off & settle the false & fabricated charges against the Accused, as the Judiciary Act of 1789 expressly Prohibits the "Issuance of an arrest warrant in one judicial district for the arrest of an individual & resident of another judicial district;" and that; the Accused has been a crime victim, Witness, and informant

Your Colleague & Current US Supreme Court Justice, Neal Gorsuch, stated; Mr. Blankenship; the Squeaky Judiciary Hearings, that;

"This would include before the Squeaky Judiciary as Writings; Ms. Gorsuch also is constrained is to be interpreted as Writings; Ms. Gorsuch also is constrained is to be interpreted as Writings;

for far longer than he has been a "fugitive from justice" from either the Denver District Court, or Bernard A. Morris's private, for-profit, Montrose County Court;...

And finally; the Accused makes no apology for the style or length of this Affidavit, as pursuant to F.R.C.P. Rule #10, where there exists no requirements as to style, length, or literary structure, as opined by Mr. Brack in his error-filled & prejudicial "Memorandum of Opinion" & "Final Judgment;"

— And that; the Accused is extremely prejudicial & constrained by his unlawful imprisonment where he cannot even have a pencil sharpened, let alone have access to a law library, copy services, or proper mailing, where his mailing is routinely restricted to just three (3) days per week, as the OCDC has given one of their officers a Monopoly over the US Mail Service & the Commissary; as in when Michael Majors chooses not to show up to work, which includes every SATURDAY, everyone is deprived of their trade & commerce via the US Mail, as per. 15 USC 1 & 2!

. Please have Mr. Sessions investigate the OCDC from Top—Down, and you just may

discover Mr. Count's holding the Crown!

My Very Best to you, Chief Justice
Kraiger. And again, thank you for the
Mercy & Grace you've shown to my friend
Rocky!

Sincerely & Respectfully

Please Contact my wife, Sondra Tylor

All Rights Reserved
UCC-1-308

@ 970-316-1361 / 970-241-3334

Attorney/Post Script: As a two-tour Vietnam Combat Veteran,
I have been serving my Country since the age of 18, and
I've taken my Life-Time Oath very seriously as an American
Patriot. // In 2014 I served with Cliven Bundy & his family
in holding off the FBI & BLM Sting operation orchestrated
& choreographed by Senator Harry Reid & his son Rory,
who hoped to exploit the Bundy's Mineral wealth for
their own profit & gain. // As a Self-educated
Geologist & Meteorite expert, I broke the story to
Cliven Bundy of Reid's attempt to claim Bundy's Mineral
Rights to an asteroidal deposit of Dolomite - an element
used as an igniter for jet & rocket fuels Reid & his
son Rory had Contracted to deliver to the Chinese
for $500 Million.

I was also over a few dozen researchers &
whistle blowers that brought predatory lending

to light, and the exposure of Wells Fargo, Freedom Mortgage, CitiCorp, Citi Bank, UBS, Bank of America, MERS Corp, etc. // My case against Freedom Mortgage showed well beyond any reasonable doubt that Freedom Mortgage never loaned a penny towards the purchase of our home & property in Montrose, and that Freedom Mortgage had sold & resold our original promissory Note to at least ten investment firms, hedge funds, Remic Trusts; Insurance Companys; And that Freedom Mortgage destroyed our Original Deed of Trust (Prom. Note.), and that they had taken out an Insurance Policy with the VA, which they filed on immediately upon our forced foreclosure, rendering them full payment of $234,500.- on their fictitious & fabricated losses! // My wife, Sandra, and I could use your help in recovering what Freedom Mortgage stole from us. Our losses include all of our Equity, all of our Capital Improvements that went into our remodeling, garage construction, paving, and restoration of our 36 Acres of Pinion & Juniper. // Our case exposed the larger scandal against 470,000 Veterans who became homeless due to the Mortgage-Lending fraud of Freedom Mortgage & other anti-American campaigns! // With my case having been used by the VA to bring suit against Freedom Mortgage, and with

**[left margin, vertical text]:** Freedom Mortgage, then having destroyed the original, having sold & resold our original Promissory Note [Deed of Trust] was caught forging a fabricated Deed of Trust, in their omission & Express Docs of Georgia, to issue Georgia, formerly the Montrose County Dist Court as being Trust us in New Express Deed of Trust to.

Freedom Mortgage having settled with the FHA in 2016 for $113 million, and with the VA in May of 2017 for $118 million, I have filed a claim with the VA for 10% of the $118 million, yet I've received no information, communication, or offer, from Michael J. Missal, the head investigator for the VA's Office of Inspector General, or from Dr. Schulkin, or anyone else! // Freedom Mortgage Company of Mount Laurel, NJ, is now under Bankruptcy in Federal District Court, due to their losses to the VA & FHA, and to me & my wife, who hold a $500 Million Commercial Obligation against them & their collection agency. This Lien has cured & matured since its issuance in June of 2015, after Freedom Mortgage failed to produce their proof of holding a debt Obligation against us, and their failure to respond to our demands & requests for full disclosure under T.I.L.A., Reg # Z! // All that is needed to make the Lien operative in their Bankruptcy is a Federal District Court Order to support the Lien and to have my wife & I recognized as Paramount Secured Party Creditors of their Bankruptcy & Liquidation of their holdings. // My plans for the Settlement on the Lien is a redistribution to all Veterans who lost their homes & Savings

to the Mobsters & gangsters who own & operate Freedom Mortgage!!

It would also be my Prayer, Ms. Kruegen, that you could find your way clear to order a full & complete forensic investigation of County Technical Services, Inc. of Denver, and of Bennet A. Morris, Esq., who, as the Clerk of Court for Montrose County, has provided C.T.S.I. Judicial protection from Prosecution, as C.T.S.I. has Privatized $ Millions in mis-appropriated taxpayer funds from 60 of 64 Counties in Colorado; used these funds for Wall st. investments; shelked & sheltered the profits as their costs of business, with little, if any, profit being returned to the County Coffers; using elected County Commissioners as their Board of Directors; And NEVER, since their inception as a private, non-profit corporation in 1992, have they paid a single claim as Risk Management for County Public Servants!!

C.T.S.I.'s Attorney of Record, Jeffrey Driscoll, in Conspiracy with Bennet A. Morris, filed a FTA, and a $10,000 Cash only bond against me, yet I've made over 16(+) appearances before Morris as a Protected Crime Victim, witness & Informant against C.T.S.I. under 18 usc 3771 !!

C.T.S.I.'s Attorney of Record, Jeffrey Driscoll, committed fraud upon the Court with whom he submitted stating C.T.S.I. was a government agency, & prosecution & were a government agency; And as such, they were immune by governmental immunity, which is simply not the case!!

I have reported all of my findings to the Colo. Attorney General's office while John Suthers was heading the AG's office. //Those under Suthers, as in Ken King, Jay Simonsen, Devin Dahl, and others, have taken exception to my reporting of C.T.S.I., and of my reporting of Blaine Reed, Eric Twelker, Anna Black & other I.M.C.A (Intl. Meteorite Collectors Assoc.) for their money laundering + financing / funding efforts for Al Qaeda, ISIS, & ISIL through their illicit trade of Northwest African Contraband Meteorites that sell for $ Thousands per Gram in the US & European markets!!

It was in 2010, that I discovered the very First Lunar Meteorites to be found in North America! Up & till then, the only Lunars came from NW Africa, Australia, and the Antarcticus. — My White paper on the discovery; "North American Lunar Meteorites - Hidden in Plain Sight" is posted on the Internet.
— I have been condemned by the Imca & those who head the Meteorite studies at our top Universities + NASA. It's mostly professional jealousy that has disturbed the Peace over the last few years, and the IMCA's desire to silence my voice & my finds & discoveries!

page #5 of 5. P.S. — ALL FOR NOW !!

[left margin, vertical:] Why Last ~ Last - Meteorite discoveries have begun a 50 K. from "Rudolph Pile of Lunars" I spoke of clear it head fact, N.M. disturbed strewn. I will near Quartzite, AZ, and another strewn field heading South on scientific procedures. I mean Blythe CA and one than Dean always has respected. I mean: raised