Clerk of US Fed. 10th Judicial: Please Copy & return a Date-stamped copy for my records, as I have no resources available here!
Curry; Steven Duane ©    Thank you
OCDC C-3/109 #38970
1958 MLK Drive
Alamogordo, NM 88310

Date: 25 May, 2018

To: John P. Sugg; District Attorney-Elected
c/o Clerk of Court / Court Manager
Twelfth Judicial District Corporation, Inc.
1000 New York Ave. Rm #401
Alamogordo, N.M. 88310

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 01 2018
JEFFREY P. COLWELL
CLERK

RE: State v. Curry; #D-1215-17-CR-00473 (TBD); #D-1215-17-ER-00004 (TBD);

Curry v. State; Federal Case No # 2:17-cv-01079 RB-GLF

Subject: Affidavit/Notice, Petition [Motion] to STATE to ORDER THE TWELFTH JUDICIAL DISTRICT TO Dismiss, Discharge, Set-off & Settle all allegations & charges against the Accused, Pursuant Art. II, Sect. #13 of NM. Constitution; Art. IV, Sect. #2 US Constitution; Amendments I, II, IV, V, VI, VII, VIII & XI; And for the following reasonable causes & Necessities;

Let the Courts of Record of the above Causes be amended to reflect the following STATEMENTS OF FACTS;

1. On 22 May, 2017, just one day prior to the Motions

page #1 of 12

[Left margin vertical text: Notice to DA John Sugg is Notice to Clerk of Court; Notice to Clerk of Court is Notice to State; Notice to State is Notice to NMBA + ABA + NM Bar Assoc.; Administrative Clerk is Notice to Admin Clerk is Notice to ABA; Notice to Montclaire is Notice to Montclaire]

Hearing of May 23, 2017, where it was decided the Accused would be transferred to Los Lunas DOC near Albuquerque for "Safekeeping." The Accused's Attorney of record, Jason Montclairn, visited the Accused at the OCDC, stating, "I've been sent here [by Esquibel] to let you know that if you don't start taking your meds again, you will likely be transferred to another Location. You can object, and I will support you 100%, because I work for you!"

2. The Accused objected to being forced to take his meds, as the combination of four heart medications was making him sick, and that three Nurses, a PA, and Dr. Wells, concurred that I was being overdosed by Twice. I'd also been refusing these meds because the Medical Admin had ordered my blood pressure exams to be discontinued, as these orders were clearly marked on the RN's chart. Two Nurses who were trying to help me, have been fired by Admin, and a third had her hours reduced to one day per week; all for giving me blood pressure exams!

3. Jason Montclairn went on to state; "Dr. Parut wanders around Albuquerque looking for handouts, while he has not even submitted a Bill to the Public Defender's Office who have agreed to pay his bill."...I Sincerely believe Dr. Parut

page #2 of 12

[Left margin, vertical: Const Autional Rights ARE SELF-EXECUTING — REQUIRE ALL LEGISLATIVE Authority TO MAKE THEM OPERATIVE — MEDINA v. PEOPLE, Colo. Sup Ct. (1963)]

IS INCOMPETENT!" — Says Montclaire!

4. Given Montclaires statements that had been sent "[by Esquibel]," and "Dr. Pavet is "INCOMPETENT," clearly demonstrate a bias & prejudice against the Accused.

5. Montclaire went on to say, that; "Regardless of Dr. Pavet's findings, Judge Blankinship has the final say as to your competency issue!... Blankinship has judicial discretion to ignore Dr. Pavet's findings, if he chooses!"

6. If this is the case, and it appears to be so, Dr. Pavet's "clinical psychological 'exam'" was just another ploy by Mr. Counts, Mr. Blankinship, Esquibel & others, to "Delay, Deny, and Obstruct" the Accused's rights guaranteed him under Art. II Sect. #13, Art. II, Sect. #2, Amendments I, IV, V, VI, VII, VIII & XI;

7. Should Dr. Pavet take offense to Montclaire's calling him INCOMPETENT, it is likely Dr. Pavet would retaliate by finding the Accused to be Incompetent. Regardless, Montclaire has been working as a District Attorney and as a Prosecutor against the Accused, as he has NOT followed the orders of the Accused, or those of his wife's. Nor has he filed a single motion on behalf of the Accused, or given an accounting to the $3200 he has been paid, since Feb. 7, 2017.

page #3 of 12

Leave it to say, that Mr. Montclaire's antics have been well documented, and that these Criminal proceedings are deemed to be moot, Null, Void, and Invalid, due to Montclaire's Conflict of Interest with Ms. Esquibel & the DA's office, and his Ineffective & Defective Counsel that is in clear Breach & Violation of 28 USC 1652-1654; [See Heck v. Humphrey];

8. And Where Mr. Montclaire has repeatedly suppressed exculpatory evidence that would be helpful to the Accused in preparing his defense, and where, Montclaire has openly perjured himself before Mr. Blankinship, saying that he has visited his client "two & three times per week," [since February], When the Accused has not seen Montclaire for SEVEN Weeks, since the March 27th, when the Accused Fired him in front of Blankinship!

9. Blankinship would Not accept Montclaire's Firing, and would not allow the Accused his rights to proceed pro-se, which further denegrates & prejudices the Accused's rights to have his case presented to & heard by "a Court of Competent jurisdiction," as guaranteed him under Art. III, Sect. #2 of the US Constitution, and that, the Accused

is protected against such conduct by the VII Amendment, which states, "Justice shall be Administered without SALE, DENIAL, DELAY, or OBSTRUCTION;"

10. And Where; the Accused, a protected Crime Victim, Witness, and Whistleblower under 18 USC 3771, has unlimited immunity from acts of retaliation & reprisal by any member of the US Judiciary, County Technical Services, INC., the Intl. Meteorite Collector's Association, or any Bank involved in Mortgage Lending fraud; all of whom the Accused has reported on since 2011;

11. And Where; the Accused's Guaranteed "Presumption of Innocence" is directly linked & incident to the Accused's 'Presumption of Competency;' Wherein, Competency is the Accused's ability, capability, & willingness to cognitize the differences between right & wrong, Good & Evil;

12. And that; the Judicial; a.k.a. "Legal" definition of the term "Competency," is the "accused's ability to assist his attorney in preparation of his defense;" Which is both shallow, prejudicial, offensive, repugnant, and violative of the Accused's unlimited rights that "predate and are long antecedent of the establishment of the State," Pursuant Hale v. Henkel, (1906), US Sup. Ct.

13. And; If it has always been the burden

page #5 of 12

of the District Attorney to prove, convincingly, the incompetency of the Accused, why has Mr. Montclaire taken on the burden of proving the Accused's incompetency, when he is contracted to defend the Accused? Is not a Breach of Contract with the Accused, and a major Breach of his Contract with the STATE??

14. And where; the STATE has yet to make an "appearance" in the prosecution's case against the Accused, even though the STATE is listed in the charging documents as the "PLAINTIFF;"

15. And where; There must be a provable Injury for there to be a Crime! David Hunter, nor David Sanchez, were injured during the Incident of 22 Sept. 2017, and neither individual represented the STATE! Mr. Hunter represented the privately owned 12th Judicial District Corporation, while David Sanchez represented Otero County; ∴ Neither individual possessed a single element that was required under the IV Amendment Prohibitions & Constraints, leaving them to operate under the shadow & color of state law only, with no valid or legitimate Force of Law to support their Piracy & willful trespasses!

16. And that; Pursuant "42 USC 1983, the State

IS NOT a SUABLE ENTITY," and nor can the State bring charges against the Accused if No injury is present or proveable; And where, the State, being a "Corporate-Body-Politic," a "Fiction of the Mind," and "a Contemplation of the Mind," can be injured, and nor can the State claim the office of "Plaintiff," as this office is closed to the State!

17. And that; Pursuant the US Judiciary's very own US Supreme Court's Orders & Rulings over Ponhallow v. Doanes (1881), "a Corporation, or fiction, can only engage & contract with another Corporation or fiction," which is why the US Judiciary must have "the knowledgeable & free willed Consent of the Living" (28 USC 636) to act as if they are a Dead Entity, Fiction, Corporation, or Artifice, and that, an Accused volunteering for the office of the "DEFENDANT," which creates the discord, disparity, conflict, and parties-in-disagreement, which gives the judiciary its only delegated power; which is to resolve disputes;

18. And where there is no discord, disagreement, conflict, or controversy to be mediated or arbitrated, the Judiciary loses its alleged Legislative Authority, it's "JURIS-DICTION," and/or it's Judicial Discretion;

19. Which leads the Affiant, who is the only Authorized Agent for the "Accused," a.k.a. the "DEFENDANT," to enter a plea of INNOCENCE to the charges & allegations made by Hunter, Sanchez, and the pro-se-cutors engaged as agents & employees of the privately owned 12th Judicial District Corp.; [See STACK V. GORMLEY; STATE V. BROWN];

20. Wherein; The Affiant, Curry; Steven Duane, by having proved his status as that of a "Living, Sentient Being" since his B[I]RTH on Land, and not in the Sea, on the 20th Day of April, 1953;

21. And that; BEING OF THE "LIVING," he has laid claim & Entitlement to all of his unlimited natural, unalienable, commercial, and Constitutional rights, including not just the "Presumption" of Innocence & Competency, but the FACT that he is INNOCENT & COMPETENT under LAW but not under the "LEGAL SYSTEM" that has been crafted, constructed, maintained, and Monopolized by the US Judiciary, and all of their privately owned Franchises, which includes the 12th Judicial Dist. Corp. of Otero County, that operates merely under the shadow & color of State Law;

page #8 of 12

22. And Where; The term "LEGAL" refers to the word "LEGER," which is style & script used to identify the "PERSON BURIED BENEATH," as in a TOMBSTONE; And that; as Per Encyclopedia Britannica, Arts & Sciences Dictionary (1894), the term "LEGAL" means "the UNDOING OF GOD'S LAWS," which is in direct conflict, contradiction, and Contempt of the US Judiciary's very own US Supreme Court's Rulings & Orders which state; "Both US & State Constitutions are "Living Documents," which define & support the interests of the American People, and not the interests of any Foreign government or power," which is why the XI Amendment so clearly & artfully concluded; "The Power of the US Judiciary ~~shall~~ NOT extend to the commencement of any action against one of the United States in any court of law, or equity, by any citizen or subject of a Foreign government or power;"

23. And Where; The Affiant would admit on the record, that the "Accused," a.k.a: "The DEFENDANT," who he represents, is "LEGALLY-INCOMPETENT," given the Accused has languished for over 8 months in the OCDC without the benefit of Due Process, Arraignment within 72 Hours of his Arrest, a SPEEDY TRIAL within the REQUIRED 180 DAYS from the time of his detainment, and all without the resources of a

page #9 of 12

Law Library, Copy Services, Notary Public, or even a pencil sharpener; And thus, the Accused was unable, incapable, and denied the opportunity to "assist his attorney in the preparation or construction of his defense," which makes the Accused "Involuntary In-Competency," as in "Involuntary Manslaughter!"

24. Whereupon; In direct conflict, contradiction, and contempt of both the New Mexico Supreme Court & the US Supreme Court, both Constitutions, and in Breach of the Public's Trust, the District Attorney of the 12th Judicial District Corporation, has DENIED, DELAYED, SUBVERTED, DEPRIVED & OBSTRUCTED THE AFFIANT'S FREE TRADE & COMMERCE, AS PER 15 USC, Art. 1 & 2;

25. Wherein; ALL LAW is COMMERCIAL, and ALL Law is Superior to the "LEGAL System" being inflicted & imposed upon the Affiant's Freedoms, Properties, & Pursuits;

26. And Where, the STATE is obligated & duty-bound to sanction & penalize the Member-officers of the 12th Judicial Dist. Corp. for their overreach & abuse of power & office, pursuant 18 USC 401 & 402;

27. And Where; the Affiant, having issued a demand of a Commercial Remedy in the amount of $844 Million to CEO Katina Watson on the 180th Day of the Accused's wrongful imprisonment & incarceration without a speedy trial, this amount is now due & payable, as the 12th Judicial District Corp. is in "Involuntary Bankruptcy," with the Affiant being the Paramount Secured Party Creditor, as RECORDED with the US Federal District Court of New Mexico on 22 March, 2018;

28. And Where this "Debt Obligation" is being reported to Dun & Bradstreet, Equi-Fax, Trans-America, Experian, and with the I.R.S.;

29. And Where; the Affiant is available for private negotiations in order to resolve, discharge, dismiss, set-off & settle this current Debt Obligation prior to bankruptcy, and pursuant the Affiant's Commercial rights under Title 22 USC Art. #18;

30. And that; the STATE is obligated under Law to order the 12th Judicial District Corp. to negotiate settlement, and to deem these criminal proceedings entirely Moot, Null, Void,

Page #11 of 12

and Invalid, pursuant Heck v. Humphrey, Hale v. Henkel, the Brady Act, and the Administrative Procedures Act, Sect. #2, that prohibits "this Act from being used to violate anyone's constitutional rights;

31. And Where; The State & the 12th Judicial District can only derive their "JURIS-DICTION," & "Judicial Discretion" "from within the FOUR CORNERS of the Constitution," as per BLACK'S LAW DICTIONARY, 8th Edition;

32. And yet, both State & US Constitutions are closed to member-officers of the US Judiciary, As Ruled & Ordered by the US Supreme Court's Decision over Marbury v. Madison (1803); and thus the US Judiciary has No Legislative or Constitutional Authority to hold, detain, or imprison the Affiant's properties, freedoms, Liberties, or Pursuits without Consent of the Affiant, and without fair & just Compensation;

33. The Affiant Sayeth Nothing further at this time;
Respectfully

All Rights Reserved

page 12 of 12      ucc- 1-308

From: Shawn Dunn
O.C.D.C. C-3/105 #38970
1958 MLK Drive
Alamogordo, NM 88310

Critical ? URGENT
LEGAL MAIL !!

#D-1215-17-CR-00024473
Real.Case # 2:17-CV-01079 RB-GJF

To: John P. Suga; District Attorney
c/o Marcia S. Krieger ; Chief Justice
c/o CLERK of COURT
US Federal 10th Judicial District
Alfred A. Arraj Bldg; A-941
901 19th Street
Denver, CO 80294-3589

DETENTION CENTER
INMATE CORRESPONDENCE

EL PASO CO THE
RIO GRANDE DISTRICT
LE PASO CO