OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RTS
NOT here

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 18 2018
JEFFREY P. COLWELL
CLERK

Steven Duane Curry

DENVER CO 802
US POSTAGE $00.47
06/08/2018
ZIP 80294
041L11245087

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 17 2018
JEFFREY P. COLWELL
CLERK

18-cv-1299-GPG
#6

NIXIE    871   DE  1         0006/15/18
        RETURN TO SENDER
        REFUSED
        UNABLE TO FORWARD

BC: 80294258099       *1270-05116-08-39