IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01299-GPG

STEVEN DUANE CURRY,

    Plaintiff/Applicant,

v.

[NO NAMED DEFENDANT/RESPONDENT],

    Defendant/Respondent.

---

ORDER OF DISMISSAL

---

On May 25, 2018, Steven Duane Curry submitted to the Court a Letter, ECF No. 1, which is addressed to the "Chief Justice . . . U.S. Federal 10th Circuit District Court." The Letter does not state if Mr. Curry intends to file an action in this Court or if he intends to appeal to the United States Court of Appeals for the Tenth Circuit the dismissal of *Curry v. State of New Mexico, et al.*, No. 17-cv-01079-RB-GJF (D. N.M. May 9, 2018).

Magistrate Judge Gordon P. Gallagher entered an Order to Cure Deficiencies, ECF No. 3, on May 26, 2018, that directed Mr. Curry to clarify the intent of the May 25 Letter and to indicate if he desires either to appeal the dismissal of Case No. 17-cv-01079-RB-GFJ or to file a case in this Court. Mr. Curry was instructed that if he intends to file an action in this Court he must submit his claims on a current Court-approved form. Magistrate Judge Gallagher also warned Mr. Curry that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

1

Rather than state his intentions, and if applicable submit his claims on a proper Court-approved form, Mr. Curry, since June 1, 2018, has continued to submit letters to the Court that are nonresponsive to the May 26, 2018 Order to Cure Deficiencies. *See* ECF Nos. 4, 5, 6, 7, 10, 11. Because Mr. Curry has failed to cure the deficiencies noted in the May 26, 2018 Order, within the time allowed, the Court will dismiss the action.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Curry files a notice of appeal he must also pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __5th__ day of ____July____, 2018.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court