*[Handwritten annotations at top:]* And Where the "Legal System" is Foreign to those Living Documents; foreign to the Petitioner, Foreign to GOD, and Foreign to Life itself! — Romans 8:6-8 "For the entire Law is fulfilled in keeping this one Commandment: 'Love your neighbor as yourself!'" — Galatians 5:13-14

*[Left margin, vertical:]* "The Power of the US Judiciary shall not extend to the commencement of any action against one of the U.S. in any Court of law or equity by any Citizen or subject of a foreign government, or [review]" — XI Amendment

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01299-LTB

STEVEN DUANE CURRY,

Plaintiff/Applicant,

v.

[NO NAMED DEFENDANT/RESPONDENT],

Defendant/Respondent.

*[Handwritten right side:]* A Gentle Reminder for Mr. Lewis T. Babcock:
"...ALL executive and judicial officers, both of the United States and of the several States, SHALL BE BOUND by Oath or Affirmation, to support this Constitution." — Art VI, cl.#3
U.S. Constitution was drafted & framed with the Spirit & Intent of GOD's LAWS; While the "Legal System" is the UNDOING OF GOD'S LAWS!
— See Encyclopedia Britannica, Arts & Sciences Dictionary (1894)!

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
**8/2/2018**
**JEFFREY P. COLWELL, CLERK**

Since this action was dismissed on July 5, 2018, Mr. Curry has filed three Letters. *See* ECF Nos. 15, 16, and 17. The filings are nonresponsive and inappropriate. Mr. Curry is directed to refrain from filing nonresponsive, or inappropriate, pleadings in this action. If Mr. Curry continues to file nonresponsive or inappropriate filings the Court will order the Clerk of the Court to strike the filings.

Dated: July 17, 2018

*[Handwritten response:]*
DATE: 30 July, 2018
Response: Clerk of Court, Jeffrey Colwell; If you would be so kind as to return all of my original filings, I would be most grateful, Sir!

As for "Senior Judge Lewis T. Babcock" you might want to encourage him to clean out his locker at the Country Club, and to have his bags packed! No winter clothes will be needed!! Once "STARGATE" is fully exposed, there won't be a place to hide! Being of the House & Tribe of Levy, Mr. Babcock must appear at the Judgment of Christ as foretold. For more details, Mr. Babcock will want to visit Deuteronomy 27:25 & 26; 28:15-19; 16:18-20; 17:1-13; 18:9-13; 23:23; 25:15-16; 28:58-59; Amos 5:7-15; Amos 6:12; Micah 2:2; Micah 3:11; Micah 7:1-4; Habakkuk 1:2:3

Mr. Lewis T. Babcock appears to have failed to "Administer true Justice, show Mercy & Compassion for the widow, the foreigner, and the oppressed!" — Zechariah 7:8-9; 8:16-17; Zechariah 2:9; 3:5; Matthew 3:10; 5:17-20; 5:33-37; 6:19-24; 7:1-6; 7:15-20; And one of my favorites & soon to be Mr. Babcock's; "Do Not Suppose that I have come to bring peace to Earth, I did not come to bring peace, but rather the Sword!" — Matthew 10:34; And Matthew 12:33; "The Fruit of the Poisonous Tree Doctrine;" ※STARGATE: Matthew 18:6; And, If Mr. Lewis T. Babcock has any doubts, "GOD is the God of the living! He is Not the God of the DEAD!" — Matthew 22:32; Where the ONLY "LAWGIVER & JUDGE" WARNS; — Matthew 23:1-39; with particular attention to 23:33; And; "ALL authority in heaven & earth has been given to Christ!" — Matthew 28:17; As Mr. LEWIS T. BABCOCK has sworn an Oath to "Administer Justice without respect to persons...", and he has invoked GOD with his utterance, "So help me GOD!", he has chosen to serve the "Legal System" and GOD at the same time, yet, "If a Kingdom is divided against itself, that Kingdom cannot stand!" — Mark 23:23-27; And "For whatever is hidden is meant to be disclosed, and whatever is concealed [STARGATE] is meant to be brought out into the open!" — Mark 4:22-23; And, yet; "Mr. LEWIS T. Babcock has a fine way of setting aside his Oath to God in order to observe his own traditions!" — Mark 7:1-23; And; the Judgment of the Christ awaits him under Mark 12:38-40!! At last check, Jeffrey, "No person can be punished for exercising, expressing, or professing their religious beliefs!" — See ~~[redacted]~~ Everson v. Board of Education, 330 US 1 (1947); May God's Grace & Mercy be upon you! [signature]

SEE ART. III, Clause #2, & Cl. #3 For Details and Invoking God's Will by way of the Constitution;
SEE ARTICLE #III, Sect. #1 for "good behavior" guidelines!

Inmate Name: Curry, Stevie Duane ©
Inmate Number: 85,382
CNMCF/CMRU/UNIT# B-114
P.O. Drawer 1328
Los Lunas, NM 87031

Indigent "Legal" Mail;

To: Lewis T. Babcock; Chief Judge
℅ Jeffrey Colwell; Clerk of Court
United States District Court
Alfred A. Arraj Courthouse
901-19th St., Room A-105
Denver, CO 80294-3589

Response Enclosed #1:18-CV-01299

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 02 2018
JEFFREY P. COLWELL
CLERK

NEOPOST         FIRST-CLASS MAIL
07/31/2018
US POSTAGE $000.47⁰
ZIP 87031
041M11274332